**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01051-CR

### EX PARTE BRADRICK J. COLLINS

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. M17-18553-F**

## ORDER

Before the Court is appellant's December 10, 2018 motion to supplement the clerk's record with an exhibit consisting of an alleged email exchange between himself and the prosecutor on a separate case currently on appeal as cause no. 05-18-00498-CR. Appellant's motion is **DENIED**.

/s/    CRAIG STODDART
        JUSTICE